AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| TURBOCODE LLC <br><br>*Plaintiff(s)* <br><br>v. <br><br>AIRSPAN NETWORKS INC., <br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 9:25-cv-80307-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AIRSPAN NETWORKS INC.,
C/O PATRICA DURANTE
777 YAMATO ROAD, SUITE 310
BOCA RATON, FL 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Beusse Sanks, PLLC
Terry M. Sanks, Esq.
612 E. Colonial Drive
Ste 250
Orlando, FL 32803
litigation@firstiniplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Mar 5, 2025

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court